# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER N. WASHINGTON,<br><br>  Plaintiff,<br><br>  v.<br><br>DERRAL G. ADAMS, et al.,<br><br>  Defendants.<br>_____/ | CASE NO. 1:09-cv-01666-SMS PC<br><br>ORDER STRIKING UNSIGNED COMPLAINT AND UNSIGNED MOTION FOR COUNSEL<br><br>(Docs. 1 and 6)<br><br>ORDER DENYING MOTION IN LIMINE AS PREMATURE<br><br>(Doc. 7) |

## I. Unsigned Complaint and Motion for Counsel

On September 21, 2009, Plaintiff Christopher N. Washington, a state prisoner proceeding pro se, filed this civil rights action pursuant to 42 U.S.C. § 1983, and on October 15, 2009, Plaintiff filed a motion seeking the appointment of counsel. Plaintiff neglected to sign his complaint and his motion for counsel. The Court cannot consider unsigned filings and therefore, Plaintiff's complaint and motion are stricken from the record. Local Rule 131(b); Fed. R. Civ. P. 11(a). Plaintiff shall file a signed complaint within thirty days.

## II. Motion in Limine

On November 16, 2009, Plaintiff filed a motion in limine. The purpose of a motion in limine is to establish in advance of the trial that certain evidence should not be offered at trial. Plaintiff's motion is premature and is denied on that ground.

///

///

**III.** <u>Order</u>

The Court HEREBY ORDERS as follows:

1. Plaintiff's unsigned complaint and unsigned motion for the appointment of counsel are STRICKEN from the record;
2. The Clerk's Office shall send Plaintiff a complaint form;
3. Plaintiff shall file a signed complaint within **thirty (30) days** from the date of service of this order or this action will be dismissed without prejudice; and
4. Plaintiff's motion in limine is DENIED as premature.

IT IS SO ORDERED.

**Dated:**    **February 24, 2010**            /s/ Sandra M. Snyder
UNITED STATES MAGISTRATE JUDGE