# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER N. WASHINGTON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DERRAL G. ADAMS, et al.,<br><br>　　　　Defendants.<br>_____/ | CASE NO. 1:09-cv-01666-SKO PC<br><br>ORDER DENYING PLAINTIFF'S UNSUPPORTED REQUEST TO PROCEED IN FORMA PAUPERIS ON APPEAL AND DIRECTING CLERK'S OFFICE TO PROVIDE PLAINTIFF WITH AN APPLICATION TO PROCEED IN FORMA PAUPERIS<br><br>(Doc. 29) |

　　　Plaintiff Christopher N. Washington, a state prisoner proceeding pro se, filed this civil rights action pursuant to 42 U.S.C. § 1983 on September 21, 2009. On July 12, 2011, Plaintiff filed a notice of appeal and in the notice, he requested leave to proceed in forma pauperis.

　　　If Plaintiff wishes to proceed in forma pauperis, he must file the appropriate application. His bare request is insufficient and it is HEREBY DENIED on that ground. The Clerk's Office is DIRECTED to send Plaintiff an in forma pauperis application.

IT IS SO ORDERED.

**Dated:　　July 29, 2011**　　　　　　　　　　　　　　 **/s/ Sheila K. Oberto**
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE