# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER N. WASHINGTON, | CASE NO. 1:09-cv-01666-SKO PC |
| Plaintiff, | ORDER DENYING DISCOVERY MOTION |
| v. | (Doc. 34) |
| DERRAL G. ADAMS, | |
| Defendant. | |

    Plaintiff Christopher N. Washington, a state prisoner proceeding pro se, filed this civil rights action pursuant to 42 U.S.C. § 1983 on September 21, 2009. On August 3, 2011, Plaintiff filed a motion in which he is attempting to propound interrogatories.

    The discovery phase of this litigation is not yet open. Further, once discovery is opened by order, Plaintiff must propound discovery directly on Defendant Adams and he should not file discovery requests with the Court. Plaintiff is directed to review paragraph 8 of the First Informational Order, filed on September 23, 2009.

    Plaintiff's discovery motion is HEREBY DENIED for the foregoing reasons.

IT IS SO ORDERED.

**Dated:   August 9, 2011**         /s/ Sheila K. Oberto
                                                   UNITED STATES MAGISTRATE JUDGE