# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER N. WASHINGTON, | CASE NO. 1:09-cv-01666-SKO PC |
| Plaintiff, | ORDER STRIKING MOTION FOR VOLUNTARY DISMISSAL OF APPEAL |
| v. | (Doc. 36) |
| DERRAL G. ADAMS, | |
| Defendant. | |

_____/

On August 10, 2011, Plaintiff Christopher N. Washington, a state prisoner proceeding pro se, filed a motion seeking dismissal of his appeal.  Fed. R. App. 42(b).

With limited exceptions not applicable here, the district court neither functions as the clerk's office for the appellate court nor has jurisdiction to grant relief pertaining to a pending appeal. Motions seeking relief from the appellate court should be filed with that court.

Accordingly, Plaintiff's motion for voluntary dismissal of his appeal, filed in error in this action, is HEREBY ORDERED STRICKEN from the record.

IT IS SO ORDERED.

**Dated:    August 25, 2011**            _____/s/ Sheila K. Oberto_____
                                        UNITED STATES MAGISTRATE JUDGE