1
2
3
4
5
6

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER N. WASHINGTON, | CASE NO. 1:09-cv-01666-SKO PC |
| Plaintiff, | ORDER STRIKING DISCOVERY MOTION |
| v. | (Doc. 41) |
| DERRAL G. ADAMS, | |
| Defendant. | |

_____/

Plaintiff Christopher N. Washington, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on September 21, 2009.  On September 8, 2011, Plaintiff filed a motion which is duplicative of the one he filed on August 3, 2011.  Plaintiff's first motion was denied by the Court in an order filed on August 9, 2011, and Plaintiff was informed that he may not conduct discovery at this stage in the proceedings.

The procedural posture of this action remains unchanged.  Accordingly, Plaintiff's motion is HEREBY STRICKEN from the record.

IT IS SO ORDERED.

**Dated:    September 12, 2011**        _____/s/ Sheila K. Oberto_____
                                                    UNITED STATES MAGISTRATE JUDGE

1