1

2

3

4

5

6

# UNITED STATES DISTRICT COURT

7

EASTERN DISTRICT OF CALIFORNIA

8

9    CHRISTOPHER N. WASHINGTON,            CASE NO. 1:09-cv-01666-AWI-SKO PC

10                  Plaintiff,             ORDER DENYING MOTION FOR ORDER
                                           DIRECTING PRISON OFFICIALS TO
11         v.                              RETURN LEGAL PROPERTY

12   DERRAL G. ADAMS,                      (Doc. 62)

13                  Defendant.

                                        /
14   _____

15         Plaintiff Christopher N. Washington, a state prisoner proceeding pro se and in forma

16   pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on September 21, 2009.  On

17   January 18, 2012, Plaintiff filed a motion seeking an order directing prison officials at California

18   State Prison-Corcoran (Corcoran) to return his legal property.

19         The pendency of this action does not confer upon the Court jurisdiction over prison officials

20   at Corcoran regarding Plaintiff's current conditions of confinement, Summers v. Earth Island

21   Institute, 555 U.S. 488, 493, 129 S.Ct. 1142, 1149 (2009); Lujan v. Defenders of Wildlife, 504 U.S.

22   555, 559-61, 112 S.Ct. 2130 (1992); Mayfield v. United States, 599 F.3d 964, 969 (9th Cir. 2010),

23   and given that Plaintiff only recently transferred to Corcoran, there exist no unusual or pressing

24   circumstances warranting a courtesy inquiry, see e.g., Overton v. Bazzetta, 539 U.S. 126, 132, 123

25   S.Ct. 2162 ( 2003) (prison officials entitled to substantial deference); Sandin v. Conner, 515 U.S.

26   472, 482-83, 115 S.Ct. 2293 (1995) (disapproving the involvement of federal courts in the day-to-

27   day-management of prisons).

28   ///

1

1    If Plaintiff is unable to meet the deadline for filing objections, which is currently set for

2    February 21, 2012, he may, once the deadline is closer, seek another extension of time.  However,

3    at this juncture, Plaintiff has described nothing out of the ordinary, as in the Court's experience, there

4    is usually some delay in obtaining personal and legal property following a transfer to a new

5    institution.

6    For these reasons, Plaintiff's motion for an order directing the return of his legal property is

7    HEREBY DENIED.

8

9    IT IS SO ORDERED.

10   **Dated:    January 24, 2012**                          **/s/ Sheila K. Oberto**
                                                     UNITED STATES MAGISTRATE JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28