# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER N. WASHINGTON, | CASE NO. 1:09-cv-01666-AWI-SKO PC |
| Plaintiff, | ORDER DENYING PLAINTIFF'S MOTION FOR SETTLEMENT AND DISCOVERY CONFERENCES |
| v. | |
| DERRAL G. ADAMS, | (Docs. 87 and 88) |
| Defendant. | |

Plaintiff Christopher N. Washington, a state prisoner proceeding pro se, filed this civil rights action pursuant to 42 U.S.C. § 1983 on September 21, 2009. On June 8, 2012, Plaintiff filed a motion seeking settlement and discovery conferences.[1]

The operative discovery and scheduling order was issued on May 18, 2012, and Plaintiff was previously informed in the first informational order that he must serve Defendant directly with any discovery requests. (Docs. 4 ¶8, 84.) The Court will set a settlement conference only if both parties express an interest in one, and this action is excepted from mandatory scheduling and discovery conferences. Fed. R. Civ. P. 16(a); Fed. R. Civ. P. 26(a)(1)(B)(iv), (f); Local Rule 240(c). Plaintiff shall refer to the scheduling order and first informational order for further information.

Accordingly, Plaintiff's motion is HEREBY ORDERED DENIED.

IT IS SO ORDERED.

Dated:   June 13, 2012           /s/ Sheila K. Oberto
                                UNITED STATES MAGISTRATE JUDGE

---

[1] The motion was docketed twice.