# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER N. WASHINGTON, | CASE NO. 1:09-cv-01666-AWI-SKO PC |
| Plaintiff, | ORDER STRIKING FILINGS |
| v. | (Docs. 91 and 92) |
| DERRAL G. ADAMS, | ORDER DENYING MOTION |
| Defendant. | (Doc. 93) |

Plaintiff Christopher N. Washington, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on September 21, 2009. On June 15, 2012, Plaintiff filed a declaration and what appears to be in part a settlement agreement and release prepared by Plaintiff. Neither filing seeks any discernable relief and neither is submitted in support of another filing seeking any discernable relief. Therefore, they are HEREBY ORDERED STRICKEN from the record.

Also on June 15, 2012, Plaintiff filed a motion entitled "Request Notice and Motion Common Law Copyright Notice by Declaration." The motion seeks no recognized form of relief to which Plaintiff is entitled in this action, and it is HEREBY ORDERED DENIED.

IT IS SO ORDERED.

**Dated:   July 10, 2012**            /s/ Sheila K. Oberto
                                                      UNITED STATES MAGISTRATE JUDGE

1