# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER N. WASHINGTON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DERRAL G. ADAMS,<br><br>　　　　　Defendant.　　　　　／ | CASE NO. 1:09-cv-01666-AWI-SKO PC<br><br>ORDER STRIKING FILINGS<br><br>(Docs. 100 and 102) |

　　　Plaintiff Christopher N. Washington, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on September 21, 2009.

　　　On July 5, 2012, Plaintiff filed a document entitled "Common Law Copyright Notice" and a declaration. Neither filing seeks any discernable relief and neither is submitted in support of another filing seeking any discernable relief.

　　　Therefore, the filings are HEREBY ORDERED STRICKEN from the record.

IT IS SO ORDERED.

**Dated:　July 13, 2012**　　　　　　　　　　　/s/ Sheila K. Oberto
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1