# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER N. WASHINGTON,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>DERRAL G. ADAMS,<br><br>　　　　　　Defendant. | CASE NO. 1:09-cv-01666-AWI-SKO PC<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, GRANTING MOTIONS TO SET ASIDE DISMISSAL OF DECLARATORY AND INJUNCTIVE RELIEF CLAIMS, AND DENYING MOTION FOR DEFAULT JUDGMENT<br><br>(Docs. 66, 67, 80, and 86) |

Plaintiff Christopher N. Washington, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on September 21, 2009. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On June 5, 2012, the Magistrate Judge issued a findings and recommendations recommending that Plaintiff's motions to set aside the dismissal of his claims for declaratory and injunctive relief, filed on February 6, 2012, be granted, and Plaintiff's second motion for default judgment, filed on April 30, 2012, be denied.[1] Plaintiff filed an objection to the denial of his motion for default judgment on June 15, 2012.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis. Plaintiff has presented no

---

[1] Defendant already filed an answer and there is a scheduling order in place. (Docs. 82, 84.)

1

grounds for the non-adoption of the Magistrate Judge's findings and recommendation, and they shall be adopted in full.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motions to set aside the dismissal of his claims for declaratory and injunctive relief, filed on February 6, 2012, are GRANTED;

2. This action shall proceed on Plaintiff's declaratory and injunctive relief claims arising from the alleged violation of his rights under the Free Exercise Clause of the First Amendment of the United States Constitution; and

3. Plaintiff's second motion for default judgment, filed on April 30, 2012, is DENIED.

IT IS SO ORDERED.

Dated:   July 21, 2012

CHIEF UNITED STATES DISTRICT JUDGE