# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER N. WASHINGTON,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>DERRAL G. ADAMS,<br><br>　　　　　　Defendant.<br>_____/ | CASE NO. 1:09-cv-01666-AWI-SKO PC<br><br>ORDER (1) DIRECTING CLERK OF THE COURT TO CLOSE THIS CASE PURSUANT TO PARTIES' STIPULATION FOR VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE AND (2) DENYING ALL PENDING MOTIONS AS MOOT<br><br>(Doc. 109) |

　　　Plaintiff Christopher N. Washington, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on September 21, 2009.  This action is proceeding against Defendant Adams on Plaintiff's declaratory and injunctive relief claims, which arise from the alleged violation of his rights under the Free Exercise Clause of the First Amendment of the United States Constitution.

　　　On August 1, 2012, following a settlement conference, Plaintiff and Defendant filed a stipulation for voluntary dismissal of this action, with prejudice.  Accordingly, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Clerk of the Court is HEREBY DIRECTED to close this case.  All pending motions are DENIED as moot.

IT IS SO ORDERED.

Dated: 　August 2, 2012　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE